William M. Demlong (I.D. No. 012458)
Aeryn A. Heidemann (I.D. No.025530)
**KUNZ PLITT HYLAND DEMLONG & KLEIFIELD**
3838 N. Central Avenue
Suite 1500
Phoenix, Arizona 85012-1902
(602) 331-4600
wmd@kunzlegal.com; aah@kunzlegal.com

Attorneys for Defendant Life Insurance Company of North America

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| Dawn Meier, | |
|---|---|
| Plaintiff, | No. 2:11 CV 00104 PHX GMS |
| v. | **STIPULATION TO DISMISS JONES & STOKES ASSOCIATES AND JONES & STOKES ASSOCIATES EMPLOYEE DISABILITY PLAN** |
| Life Insurance Company of North America; Jones & Stokes Associates; Jones and Stokes Employee Disability Plan, | |
| Defendants. | |

**IT IS HEREBY STIPULATED,** by and between plaintiff DAWN MEIER ("Plaintiff") and defendant LIFE INSURANCE COMPANY OF AMERICA ("LINA"), by and through their respective counsel, as follows:

    1.    The parties agree that this case is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. Section 1001, et seq.

    2.    LINA has confirmed that Jones & Stokes Associates Employee Disability Plan (the "Plan") is fully insured under the policy at issue to insure the benefits for the time period at issue in this case.

3.	If and to the extent the court awards long-term disability benefits to Plaintiff under the aforementioned Policy, LINA agrees that it will be responsible for the payment of any such benefits under the terms of the Policy. LINA also agrees that it will be responsible for any attorneys' fees, interest, cost and such other relief awarded under ERISA in connection with Plaintiff being awarded benefits by the Court.

4.	LINA states that it will not raise any defenses to any of the claims asserted in the Complaint based on the dismissal of the the Plan and/or absence of the Plan from the litigation.

The parties hereby stipulate and request that Jones & Stokes Associates ("the Employer") and Jones & Stokes Associates Employee Disability Plan ("the Plan") be dismissed without prejudice, with the parties to bear their own attorneys' fees and costs directly related to the instant Stipulation and the dismissal of the Plan and Employer. LINA shall remain the only named defendant.

DATED this 15th day of February, 2011.

**KUNZ PLITT HYLAND
DEMLONG & KLEIFIELD**
A Professional Corporation

By   s/Aeryn A. Heidemann
   William M. Demlong
   Aeryn A. Heidemann
   3838 N. Central Avenue, Suite 1500
   Phoenix, Arizona 85012-1902
   Attorneys for Defendant Life Insurance
      Company of North America

**SCOTT E. DAVIS, P.C.**

By   s/Scott E. Davis
   Scott E. Davis
   20826 North Cave Creek Road, Suite 101
   Phoenix, AZ 8024
   Attorneys for Plaintiff Dawn Meier

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on 15th day of February, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Scott E. Davis, Esq.
Scott E. Davis, P.C.
20826 North Cave Creek Road, Suite 101
Phoenix, AZ 8024
Attorneys for Plaintiff Dawn Meier


        s/L. Gilroy