# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Dawn Meier,<br><br>           Plaintiff,<br><br>v.<br><br>Life Insurance Company of North America; Jones & Stokes Associates; Jones & Stokes Employee Disability Plan,<br><br>           Defendants. | No. CV-11-104-PHX-GMS<br><br>**ORDER** |

Pursuant to the parties' Stipulation to Dismiss Jones & Stokes Associates ("the Employer") and Jones & Stokes Associates Employee Disability Plan ("the Plan") (Doc. 12), and good cause appearing,

**IT IS HEREBY ORDERED** that Jones & Stokes Associates and Jones & Stokes Associates Employee Disability Plan be dismissed without prejudice, with both parties to bear their own attorneys' fees and costs directly related to the instant Stipulation and Dismissal. Life Insurance Company of North America shall remain the only named defendant.

Dated this 16th day of February, 2011.

*A. Murray Snow*
G. Murray Snow
United States District Judge