Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
20827 North Cave Creek Road, Suite 101
Phoenix, AZ  85024

Telephone:  (602) 482-4300
Facsimile:    (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Dawn Meier*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Dawn Meier, | Case No.  2:11-CV-00104-GMS |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Life Insurance Company of North America, Jones & Stokes Associates, Jones & Stokes Associates Employee Disability Plan, | |
| Defendants. | |

Plaintiff hereby gives notice that this case has settled.  The parties are working on finalizing the settlement documentation at this time.  The parties will, as soon as possible, file with the Court a Stipulation and Order to dismiss this case with prejudice.

RESPECTFULLY SUBMITTED this 7th day of June, 2011.

*/s/ Scott E. Davis*
Scott E. Davis
Attorney for Plaintiff

-1-

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2011 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

William M. Demlong, Esq.
Aeryn A. Heidemann, Esq.
Kunz, Plitt, Hyland, & Demlong
3838 N Central Ave
Suite 1500
Phoenix, AZ 85012-1902
(602) 331-4600
Attorney for Defendants

By:  *Lisa L. Martinez*
An employee of Scott E. Davis, P.C.