# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dawn Meier,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Life Insurance Company of North America,<br><br>　　　　Defendant. | No. CV-11-104-PHX-GMS<br><br><br>**ORDER** |

The Court has been advised that this case has settled (Doc. 33).

**IT IS ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice **within 30 days** of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings.

**IT IS FURTHER ORDERED** denying all pending motions as moot.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **August 17, 2011** without further leave of Court.

DATED this 18th day of July, 2011.

*/s/ H. Murray Snow*
G. Murray Snow
United States District Judge